**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| Estate of JAMES RAMIREZ, Deceased, by EUGENIO MATHIS, Personal Representative of the Estate of James Ramirez, <br><br> **Plaintiff,** <br><br> v. <br><br> CORECIVIC OF TENNESSEE d/b/a CORECIVIC, INC; CORRECTIONAL MEDICINE ASSOCIATES, P.C.; CIBOLA GENERAL HOSPITAL, INC., JOSEPH BOUNDS, RN, in his individual and official capacities; OFFICER WILLIAM SNODGRASS, in his individual and official capacities; OFFICER JASON BULLOCK, in his individual and official capacities; WARDEN ROBERT NILIUS, in his individual and official capacities; CHIEF MEDICAL OFFICER KEITH IVENS, MD, in his individual and official capacities; and JOSHUA LARSON, MD, in his individual and official capacities, <br><br> **Defendants.** | No. 1:25-CV-00158-DHU-KK |

**ORDER GRANTING CORECIVIC DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The Court, having considered CoreCivic Defendants' Unopposed Motion to Exceed Page Limit on Reply in support of Motion to Dismiss Plaintiff's First Amended Complaint, and for good cause shown,

**IT IS HEREBY ORDERED** that CoreCivic Defendants' Unopposed Motion is **GRANTED**. CoreCivic Defendants' Reply in support of Motion to Dismiss Plaintiff's First Amended Complaint shall not exceed 17 pages.

**IT IS SO ORDERED.**

_____

DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE