**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| Estate of JAMES RAMIREZ, Deceased, by EUGENIO MATHIS, Personal Representative of the Estate of James Ramirez,<br>Plaintiff,<br>v.<br><br>CORECIVIC OF TENNESSEE d/b/a CORECIVIC, INC; CORRECTIONAL MEDICINE ASSOCIATES, P.C.; CIBOLA GENERAL HOSPITAL, INC., JOSEPH BOUNDS, RN, in his individual and official capacities; OFFICER WILLIAM SNODGRASS, in his individual and official capacities; OFFICER JASON BULLOCK, in his individual and official capacities; WARDEN ROBERT NILIUS, in his individual and official capacities; CHIEF MEDICAL OFFICER KEITH IVENS, MD, in his individual and official capacities; and JOSHUA LARSON, MD, in his individual and official capacities,<br><br>Defendants. | No. 1:25-CV-00158-DHU-KK |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S
CLAIMS AGAINST CIBOLA GENERAL HOSPITAL CORPORATION**

The Court, being advised and having considered that Plaintiff and Defendant Cibola General Hospital have reached a settlement of Plaintiff's claims in this case, and otherwise being fully advised, orders that each of Plaintiff's claims against Defendant Cibola General Hospital are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. This Order does not impact Plaintiff's claims against the remaining defendants.

**It is so ordered.**

_____

HONORABLE DAVID HERRERA URIAS

Submitted By,

**SAIZ, CHANEZ, SHERRELL + KAEMPER, P.C.**

By */s/ Patrick A. Coronel – Electronically Signed*
     Denise M. Chanez
     Patrick A. Coronel
5600 Wyoming Blvd. NE, Suite 200
Albuquerque, New Mexico 87109
Telephone: (505) 340-3443
E-Mail: dchanez@sclawnm.com;
E-Mail: pcoronel@sclawnm.com
*Attorneys for Cibola General Hospital*

and

**COLLINS & COLLINS, P.C.**

Rebekah Wright
Parrish Collins
P. O. Box 506
Albuquerque, NM  87103
(505) 242-5958
Rebekah@Collinsattorneys.Com
Parrish@Collinsattorneys.Com

-and-

*/s/ Elizabeth M. Piazza approved 9/10/25*
Guebert Gentile Piazza & Junker P.C.
Elizabeth M. Piazza
P.O. Box 93880
Albuquerque, NM 87199
(505) 823-2300
Epiazza@Guebertlaw.Com

*Attorneys For Plaintiff*

Approved as to form:

By:  /s/ *Veronica N. Mireles approved 9/10/25*
      Jessica D. Marshall
      Veronica N. Mireles
      Mayer LLP
      4101 Indian School Road, Sui8te 301N
      Albuquerque, NM  87110
      (505) 483-1840
      jmarshall@mayerllp.com
      vmireles@mayerllp.com
*Attorneys for Defendant Joshua Larson, MD*