IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Estate of JAMES RAMIREZ, Deceased, by EUGENIO MATHIS, Personal Representative of the Estate of James Ramirez,<br><br>**Plaintiff,**<br><br>v.<br><br>CORECIVIC OF TENNESSEE d/b/a CORECIVIC, INC; CORRECTIONAL MEDICINE ASSOCIATES, P.C.; CIBOLA GENERAL HOSPITAL, INC., JOSEPH BOUNDS, RN, in his individual and official capacities; OFFICER WILLIAM SNODGRASS, in his individual and official capacities; OFFICER JASON BULLOCK, in his individual and official capacities; WARDEN ROBERT NILIUS, in his individual and official capacities; CHIEF MEDICAL OFFICER KEITH IVENS, MD, in his individual and official capacities; and JOSHUA LARSON, MD, in his individual and official capacities,<br><br>**Defendants.** | No. 1:25-CV-00158-DHU-KK |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE CLOSING DOCUMENTS**

Before the Court is the parties' Joint Motion to Extend Deadline to File Closing Documents (Doc. 65) ("Motion"), filed January 28, 2026. The Court, having reviewed the Motion and noting that it is unopposed, and being otherwise sufficiently advised, FINDS that the Motion is well-taken and hereby GRANTS it.

IT IS THEREFORE ORDERED that the deadline to file closing documents is extended to **Friday, February 27, 2026**.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE