IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Estate of JAMES RAMIREZ, Deceased,
by EUGENIO MATHIS, Personal Representative
of the Estate of James Ramirez,

     Plaintiff,

v.                                  No. 1:25-cv-00158-DHU-KK

CORECIVIC OF TENNESEE d/b/a CORECIVIC, INC.;
CORRECTIONAL MEDICINE ASSOCIATES, P.C.;
CIBOLA GENERAL HOSPITAL, INC.; JOSEPH BOUNDS, RN,
in his individual and official capacities;
OFFICER WILLIAM SNODGRASS, in his individual and official
Capacities; OFFICER JASON BULLOCK, in his individual and
official capacities; WARDEN ROBERT NILIUS, in his individual
and official capacities; CHIEF MEDICAL OFFICER
KEITH IVENS, MD, in his individual and official capacities; and,
JOSHUA LARSON, MD, in his individual and official capacities,

     Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT JOSHUA LARSON, M.D.

The Court, being advised and having considered Plaintiff and Defendant Joshua Larson, M.D.'s Joint Motion to Dismiss with Prejudice in this case, and otherwise being fully advised, orders that each of Plaintiff's claims against Defendant Joshua Larson, M.D., and claims which could have been brought, be and are hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs. This Order does not impact Plaintiff's claims against the remaining Defendants.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE DAVID HERRERA URIAS