IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Estate of JAMES RAMIREZ, Deceased, by EUGENIO MATHIS, Personal Representative of the Estate of James Ramirez,<br><br>   **Plaintiff,**<br><br>v.<br><br>CORECIVIC OF TENNESSEE d/b/a CORECIVIC, INC; CORRECTIONAL MEDICINE ASSOCIATES, P.C.; CIBOLA GENERAL HOSPITAL, INC., JOSEPH BOUNDS, RN, in his individual and official capacities; OFFICER WILLIAM SNODGRASS, in his individual and official capacities; OFFICER JASON BULLOCK, in his individual and official capacities; WARDEN ROBERT NILIUS, in his individual and official capacities; CHIEF MEDICAL OFFICER KEITH IVENS, MD, in his individual and official capacities; and JOSHUA LARSON, MD, in his individual and official capacities,<br><br>   **Defendants.** | No. 1:25-CV-00158-DHU-KK |

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed Plaintiff and CoreCivic Defendants' Stipulation for Dismissal with Prejudice, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Stipulation is GRANTED, and all claims against Defendants CoreCivic, Correctional Medicine Associates, Joseph Bounds, William Snodgrass, Jason Bullock, Robert Nilius, and Keith Ivens are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE